## Case No. 1,286.

### BEN v. SCOTT.

[1 Cranch, C. C. 350.] [1]

Circuit Court, District of Columbia. Oct. Term, 1806.

#### SLAVERY—PETITION FOR FREEDOM—SECURITY FOR WAGES.

Upon a petition for freedom the court will not require the defendant to give security for the wages of the petitioner during the litigation.

Ben had filed his petition for freedom, and a subpoena had issued to the defendant [Sabret Scott] to appear at next term, namely, December term, 1806. He now filed another petition, praying that the defendant may be summoned before the court to recognize not to carry the petitioner away, &c.; whereupon THE COURT ordered a subpoena returnable immediately, to answer to this petition; which the defendant obeyed, and gave the recognizance.

Mr. F. S. Key, for the petitioner, contended that the defendant ought to recognize to pay such sum as the court should adjudge him to pay to the petitioner for his services from the time of exhibiting the petition until judgment, in case the judgment should be in favor of the petitioner.

## Case No. 1,287.

### BEN v. SCOTT.

[1 Cranch, C. C. 365.] [1]

Circuit Court, District of Columbia. Dec. Term, 1806.

#### SLAVERY—PETITION FOR FREEDOM—CONTINUANCE —PRACTICE.

An affidavit is not necessary to continue negro petitions at the ·first term.

[Petition for freedom by the negro Ben against Sabret Scott. Application for continuance. Granted.

[For prior proceedings in this litigation, and subsequent disposition of the case, see Cases Nos. 1,286 and 1,288.]

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT will not require in all cases an affidavit at the first term to continue cases of negro petitions.

This cause was continued at the cost of the defendant, as the petitioner offered himself ready for trial; and in general the court will not insist on a trial at the first term, but if either party offers ready, it shall be continued at the cost of the party not ready. At the second term the court will require a trial unless good cause be shown on affidavit.

## Case No. 1,288.

### BEN v. SCOTT.

[1 Cranch, C. C. 407.] [1]

Circuit Court, District of Columbia. June Term, 1807. [2]

SLAVERY—PETITION FOR FREEDOM—ISSUE.